**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| REGINALD CARRICK, individually and as Next Friend and Father of _____ CARRICK, a minor, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | CIVIL ACTION NO. 1:16-CV-2997-AT |
| JOSEPH MALLORY, individually: JOHN KEARNEY, individually; GEOFFREY SPEIGHT, individually; MICHAEL CLOUDT, individually; DAVID WOODS, individually; and DEKALB COUNTY GEORGIA, | * * * * * * * | |
| Defendants. | * | |

**PLAINITFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Reginald Carrick, in his individual and representative capacities, files this Motion for Partial Summary Judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 on the grounds that there are no genuine issues of material fact relating to the issue of the individual Defendants' liability under 42 U.S.C. § 1983, such that Plaintiff is entitled to

judgment as a matter of law on Count I of the Amended Complaint. In support of this motion, Plaintiff relies on the attached Statement of Undisputed Material Facts, Plaintiff's Memorandum of Law in Support of His Motion for Partial Summary Judgment (along with the Exhibits attached thereto), and the evidence of record filed with the Court.

                              Respectfully submitted,

                              **Hall Hirsh Hughes, LLC**

                              By:  s/ *David R. Hughes*
                                    David R. Hughes
                                    Ga. Bar No. 375615
                                    Attorney for Plaintiff

150 East Ponce de Leon Avenue, Suite 450
Decatur, Georgia 30030
404-638-5880
david@h3-law.com

## **CERTIFICATE OF SERVICE AND LOCAL RULE 5.1 COMPLIANCE**

The undersigned hereby certifies that the foregoing document has been prepared in Times New Roman font, 14-point in accordance with N.D.Ga.L.R. 5.1(C) and electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

> Aaron J. Ross, Esq.
> Elizabeth L. Fite, Esq.
> DeKalb County Law Department
> 1300 Commerce Drive, 5th Floor
> Decatur, GA  30030

This 6th day of September, 2016.

          Respectfully submitted,

          **Hall Hirsh Hughes, LLC**


          By:  s/ *David R. Hughes*
            DAVID R. HUGHES
            Ga. Bar No. 375615
            Attorney for Plaintiff

150 East Ponce de Leon Avenue, Suite 450
Decatur, GA  30030
404-638-5883
david@h3-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| REGINALD CARRICK, individually and as Next Friend and Father of _____ CARRICK, a minor, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | CIVIL ACTION NO. 1:16-CV-2997-AT |
| JOSEPH MALLORY, individually: JOHN KEARNEY, individually; GEOFFREY SPEIGHT, individually; MICHAEL CLOUDT, individually; DAVID WOODS, individually; and DEKALB COUNTY GEORGIA, | * * * * * * * | |
| Defendants. | * | |

## PLAINITFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Reginald Carrick, in his individual and representative capacities, files this Motion for Partial Summary Judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 on the grounds that there are no genuine issues of material fact relating to the issue of the individual Defendants' liability under 42 U.S.C. § 1983, such that Plaintiff is entitled to

- 2 -

judgment as a matter of law on Count I of the Amended Complaint.  In support of this motion, Plaintiff relies on the attached Statement of Undisputed Material Facts, Plaintiff's Memorandum of Law in Support of His Motion for Partial Summary Judgment (along with the Exhibits attached thereto), and the evidence of record filed with the Court.

                                                      Respectfully submitted,

                                                      **Hall Hirsh Hughes, LLC**

                                          By:  s/ *David R. Hughes*
                                                  David R. Hughes
                                                  Ga. Bar No. 375615
                                                  Attorney for Plaintiff

150 East Ponce de Leon Avenue, Suite 450
Decatur, Georgia 30030
404-638-5880
david@h3-law.com

## **CERTIFICATE OF SERVICE AND LOCAL RULE 5.1 COMPLIANCE**

The undersigned hereby certifies that the foregoing document has been prepared in Times New Roman font, 14-point in accordance with N.D.Ga.L.R. 5.1(C) and electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

>Aaron J. Ross, Esq.
>Elizabeth L. Fite, Esq.
>DeKalb County Law Department
>1300 Commerce Drive, 5th Floor
>Decatur, GA  30030

This 7th day of August, 2017.

>Respectfully submitted,
>
>**Hall Hirsh Hughes, LLC**
>
>By:  s/ *David R. Hughes*
>         DAVID R. HUGHES
>         Ga. Bar No. 375615
>         Attorney for Plaintiff

150 East Ponce de Leon Avenue, Suite 450
Decatur, GA  30030
404-638-5883
david@h3-law.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| REGINALD CARRICK, individually and as Next Friend and Father of _____ CARRICK, a minor, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | CIVIL ACTION NO. 1:16-CV-2997-AT |
| JOSEPH MALLORY, individually: JOHN KEARNEY, individually; GEOFFREY SPEIGHT, individually; MICHAEL CLOUDT, individually; DAVID WOODS, individually; and DEKALB COUNTY GEORGIA, | * * * * * * * | |
| Defendants. | * | |

## PLAINITFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Reginald Carrick, in his individual and representative capacities, files this Motion for Partial Summary Judgment in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 on the grounds that there are no genuine issues of material fact relating to the issue of the individual Defendants' liability under 42 U.S.C. § 1983, such that Plaintiff is entitled to

- 2 -

judgment as a matter of law on Count I of the Amended Complaint.  In support of this motion, Plaintiff relies on the attached Statement of Undisputed Material Facts, Plaintiff's Memorandum of Law in Support of His Motion for Partial Summary Judgment (along with the Exhibits attached thereto), and the evidence of record filed with the Court.

                            Respectfully submitted,

                            **Hall Hirsh Hughes, LLC**

                            By:  s/ *David R. Hughes*
                                  David R. Hughes
                                  Ga. Bar No. 375615
                                  Attorney for Plaintiff

150 East Ponce de Leon Avenue, Suite 450
Decatur, Georgia 30030
404-638-5880
david@h3-law.com

## CERTIFICATE OF SERVICE AND LOCAL RULE 5.1 COMPLIANCE

The undersigned hereby certifies that the foregoing document has been prepared in Times New Roman font, 14-point in accordance with N.D.Ga.L.R. 5.1(C) and electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

>Aaron J. Ross, Esq.
>Elizabeth L. Fite, Esq.
>DeKalb County Law Department
>1300 Commerce Drive, 5th Floor
>Decatur, GA  30030

This 7th day of August, 2017.

>Respectfully submitted,
>
>**Hall Hirsh Hughes, LLC**
>
>By:  s/ *David R. Hughes*
>      DAVID R. HUGHES
>      Ga. Bar No. 375615
>      Attorney for Plaintiff

150 East Ponce de Leon Avenue, Suite 450
Decatur, GA  30030
404-638-5883
david@h3-law.com

- 3 -